Russell M. WARE, Plaintiff-Appellant-Petitioner,

v.

Adrian P. SCHOONE, Richard A. Fortune and Mark J. Leuck, Defendants-Respondents-Respondents,

SCHOONE, FORTUNE & LEUCK, S.C., Defendant.

Supreme Court

*No. 93–2873. Oral argument February 27, 1996.—Decided March 29, 1996.*

(Also reported in 546 N.W.2d 142.)

For the plaintiff-appellant-petitioner there were briefs by *L. William Staudenmaier, Alexander T. Pendleton* and *Cook & Franke, S.C.*, Milwaukee and oral argument by *L. William Staudenmaier*.

For the defendants-respondents there was a brief by *Thomas M. Devine, David A. Wolfe* and *Hostak, Henzl & Bichler, S.C.,* Racine and oral argument by *Thomas M. Devine.*

PER CURIAM. The court is equally divided on the question of whether the unpublished decision of the court of appeals should be affirmed or reversed, Chief Justice ROLAND B. DAY, Justice JON P. WILCOX, and Justice ANN WALSH BRADLEY being of the opinion that the decision should be affirmed, and Justice SHIRLEY S. ABRAHAMSON, Justice DONALD W. STEINMETZ, and Justice JANINE P. GESKE being of the opinion that the decision should be reversed. Justice WILLIAM A. BABLITCH did not participate.

Accordingly, the decision of the court of appeals is affirmed.